**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Tanisia Bowman, on behalf of herself and all others similarly situated,   :   Case no. 1:25-cv-8389

                              :

                              :

Plaintiffs,   :

                              :   **NOTICE OF VOLUNTARY**
v.   **DISMISSAL WITH**
                              **PREJUDICE**

                              :

Bioelements, Inc.   :

                              :

Defendant.   :

                              :

                              :

                              :

                              :

                              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    **PLEASE TAKE NOTICE,** that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

    Dated: October 16, 2025

EQUAL ACCESS LAW GROUP, PLLC

*Attorneys for Plaintiff*

**/s/ David B. Reyes**

By: David B. Reyes, Esq.

68-29 Main Street,

Flushing, NY 11367

O: 844-731-3343

D: 718-554-0237

Email: Dreyes@ealg.law