**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Tanisia Bowman
              Plaintiff,

v.

Bioelements, Inc.
              Defendant.

Case No.: 1:25–cv–08389
Honorable Elaine E. Bucklo

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 3, 2025:

     MINUTE entry before the Honorable Elaine E. Bucklo: A notice of voluntary dismissal has been filed. This case is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(i). All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.